CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 20 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 4:05-cr-00011-1 |
| v. | **ORDER** |
| **WILLIE JUNIOR MCCAIN,** Petitioner. | By: Hon. Jackson L. Kiser Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice as successive**, a certificate of appealability is **DENIED**, and the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 20th day of November, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge